1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  BRENDA WILLIAMS,                    )
                                        )
13          Plaintiff,                  )   CIVIL NO.   06-03277 JSW
                                        )
14          v.                          )   STIPULATION AND ORDER OF REMAND
                                        )
15  JO ANNE B. BARNHART,                )
    Commissioner of Social Security,    )
16                                      )
            Defendant.                  )
17  _____ )

18         IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19  approval of the Court, that this action be remanded to the defendant Commissioner pursuant to

20  sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings.  The purpose of the

21  remand is to offer Plaintiff a new Administrative Law Judge (ALJ) hearing.

22         On remand, the ALJ will:

23         1. Reconsider Dr. Mariotti's opinion and provide rationale for the weight attributed to the

24  opinion; and

25  ///

26  ///

27  ///

28  ///

1    2.  Provide Plaintiff the opportunity to present additional medical evidence.

2

3

4

5

6    Dated:  October 12, 2006                                    /s/
                                                         BARBARA MANN
                                                         Attorney for Plaintiff
7

8                                                        KEVIN V. RYAN
                                                         United States Attorney
9

10

11

12   Dated:  October 16, 2006                  By:          /s/
                                                         SARA WINSLOW
13                                                       Assistant United States Attorney

14

15   PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded,

16   pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

17

18

19

20

21   Dated: October 16, 2006

22   JEFFREY S. WHITE
     United States District Judge

23

24

25

26

27

28

WILLIAMS, REMD,S4 (kl)
C 06-03277 JSW                              2