| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, SBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BRENDA WILLIAMS, | ) | |
| Plaintiff, | ) | CIVIL NO. 06-03277 JSW |
| v. | ) | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, | ) | APPROVING COMPROMISE<br>SETTLEMENT OF ATTORNEY |
| Commissioner of Social Security, | ) | FEES PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |
| Defendant. | ) | |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay TWO THOUSAND EIGHT HUNDRED FIFTY DOLLARS ($2,850.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

> BARBARA MANN
> HAWKINS LAW CENTER
> 101 BROADWAY AVE., SUITE 1
> RICHMOND, CA 94804
> (510) 232-6611; FAX 2271

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

1 | Act.
2 |     3. Payment of the TWO THOUSAND EIGHT HUNDRED FIFTY DOLLARS ($2,850.00)
3 | EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all
4 | claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the
5 | EAJA, or costs as a result of this court action.

Dated: November 3, 2006

/s/
BARBARA MANN
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: November 7, 2006    By:   /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: November 21, 2006

JEFFREY S. WHITE
United States District Judge

WILLIAMS, EAJA STIP (kl)
C 06-03277 JSW    2